UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARMON R. SHAYA AND SAMIRA MANSOR,

    Plaintiffs,

v.    CASE NO. 10-13878

COUNTRYWIDE HOME LOANS, INC.,    HONORABLE SEAN F. COX

    Defendants.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

    s/Sean F. Cox
    Sean F. Cox
    United States District Judge

Dated: March 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2011, by electronic and/or ordinary mail.

    s/Jennifer Hernandez
    Case Manager